IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:19-cv-88-GCM

| | |
|---|---|
| DONALD DANIELS,<br><br>        Plaintiff,<br><br>v.<br><br>HYSTER-YALE GROUP, INC.<br><br>        Defendant. | ORDER |

**THIS MATTER** is before the Court on Defendant's Motion to Change Venue ("Motion") (Doc. No. 8) pursuant to 28 U.S.C. § 1404(a). It appearing to this Court that the Parties, witnesses, and evidence in this matter are located in Pitt County, North Carolina, within the Eastern District of North Carolina; that the events or omissions giving rise to this matter took place in Pitt County, North Carolina, within the Eastern District of North Carolina; and that good cause exists, as detailed in Defendant's Memorandum in Support (Doc. No. 9), for the granting of this Motion; Defendant's Motion is **GRANTED** and this matter is hereby **TRANSFERRED** to the United States District Court for the Eastern District of North Carolina.

        **SO ORDERED.**

Signed: November 7, 2019

Graham C. Mullen
United States District Judge

1